CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et. al. )
)
      Plaintiff )
)
v. )    Civil Action No. 1:06CV01969
)
Michael Chertoff, et. al. )    Judge: Gladys Kessler
)
      Defendant )
)
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __SDG Corporation__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__, which have any outstanding securities in the hands of the public. _____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

D.C. Bar No: 419023
Bar Identification Number

Rajiv S. Khanna
Print Name

5225 N. Wilson Blvd.
Address

Arlington   VA   22205
City   State   Zip

(703) 908-4800 Ext. 110
Telephone Number