**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
                                        )
SDG Corporation                         )
65 Water Street                         )
Norwalk, CT 06854                       )
                                        )
Srikantha Reddy Palle                   )
530 E 234 St., Apt. 1F                  )
Bronx, NY 10470                         )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )  Civil Action No. 06-1969 (GK)
                                        )
                                        )
MICHAEL CHERTOFF, Secretary,            )
U.S. Department of                      )
Homeland Security                       )
Office of the General Counsel           )
Washington, D.C. 20528,                 )
                                        )
U.S. DEPARTMENT OF                      )
HOMELAND SECURITY                       )
Office of the General Counsel           )
Washington, D.C. 20528,                 )
                                        )
EMILIO T. GONZALEZ, Director,           )
U.S. Citizenship and                    )
Immigration Services                    )
U.S. Department of                      )
Homeland Security                       )
425 I St., N.W.                         )
Washington, D.C. 20528                  )
                                        )
U.S. CITIZENSHIP AND                    )
IMMIGRATION SERVICES                    )
425 I St., N.W.                         )
Washington, D.C. 20528                  )
                                        )
PAUL NOVAK, Director,                   )
Vermont Service Center                  )
U.S. Citizenship and                    )
Immigration Services                    )
75 Lower Welden Street                  )
St. Albans, VT 05479                    )
                                        )
ELAINE L. CHAO, Secretary,              )
U.S. Department of Labor                )
Employment & Training                   )
```

```
Administration                       )
Francis Perkins Building             )
200 Constitution Avenue, N.W.        )
Washington, D.C. 20210               )
                                     )
ELAINE L. CHAO, Secretary,           )
U.S. Department of Labor             )
Francis Perkins Building             )
200 Constitution Avenue, N.W.        )
Washington, D.C. 20210               )
                                     )
ALBERTO GONZALES                     )
U.S. Attorney General                )
U.S. Department of Justice           )
950 Pennsylvania Avenue, N.W.        )
Washington, D.C. 20530-0001          )
                                     )
UNITED STATES OF AMERICA             )
U.S. Attorney                        )
555 4th Street, N.W.                 )
Washington, D.C. 20530               )
                                     )
          Defendant.                 )
                                     )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

                                      Respectfully submitted,

                                      ___/s/_____
                                      DIANE M. SULLIVAN, D.C. Bar #12765
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Room E4919
                                      Washington, D.C.  20530
                                      (202)514-7205