UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

      V.

Michael Chertoff, Secretary DHS, et. al.

                            CASE NUMBER 1:06CV1969
                            JUDGE: Gladys Kessler

**Affidavit of Service**

I, Govinda Giri Prerana, sent the Summons and Complaint to the Attorney General, Alberto R. Gonzales on November 21, 2006 via certified mail. The office of the Attorney General received the summons and complaint on November 27, 2006.

Dated: January 9, 2007

                                              _____
                                              Govinda Giri Prerana
                                              Law Offices of Rajiv S. Khanna, P.C.
                                              5225 N. Wilson Blvd
                                              Arlington, VA 22205
                                              (703) 908-4800

---

*[Attached: U.S. Postal Service Certified Mail Receipt and PS Form 3811 Domestic Return Receipt addressed to Alberto R. Gonzalez, U.S. Attorney General, U.S. Dept. of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0001; Article Number 7004 2890 0004 3210 7197; postmarked 11/21/2006.]*