UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

    V.

Michael Chertoff, Secretary DHS, et. al.

                                CASE NUMBER 1:06CV1969
                                JUDGE: Gladys Kessler

**Affidavit of Service**

    I, Govinda Giri Prerana, sent the Summons and Complaint to the U.S. Attorneys office on November 21, 2006 via certified mail. The office of the U.S. Attorney received the summons and complaint on November 27, 2006.

Dated: January 9, 2007

                                        Govinda Giri Prerana
                                        Law Offices of Rajiv S. Khanna, P.C.
                                        5225 N. Wilson Blvd
                                        Arlington, VA 22205
                                        (703) 908-4800

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $5.36 |

Sent To: USA
Street, Apt. No.; or PO Box No.: US Attorney, 555 Fourth St, N
City, State, ZIP+4: Washington DC 20533

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States of America
US Attorney
555 Fourth St, NW
Washington, DC 20530

Ref/ SDG corporation

2. Article Number (Transfer from service label): 7004 2890 0004 3210 7173

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X

B. Received by (Printed Name) / C. Date

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

PS Form 3811, February 2004    Domestic Return Receipt    102595