UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV1969
JUDGE: Gladys Kessler

### Affidavit of Service

I, Govinda Giri Prerana, sent the Summons and Complaint to the office of Mr. Michael Chertoff, Secretary, Office of General Counsel, USDHS on November 21, 2006 via certified mail. The office of Secretary Chertoff received the summons and complaint on December 4, 2006.

Dated: January 9, 2007

*(signature)*

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800