UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV1969
JUDGE: Gladys Kessler

### Affidavit of Service

I, Govinda Giri Prerana, sent the Summons and Complaint to the Office of General Counsel, USDHS on November 21, 2006 via certified mail. The office of General Counsel, USDHS received the summons and complaint on November 29, 2006.

Dated: January 9, 2007

*[signature]*

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | | |
|---|---|---|
| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

Postmark Here: NOV 21 2006 USPS

Sent To: U.S DHS
Street, Apt. No.; or PO Box No.: Office of the General Counsel, U.S. DHS
City, State, ZIP+4: Washington DC 20528

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Dept. of Homeland Security
Office of the General Counsel
U.S. Dept. of Homeland Security
Washington, DC 20528
Ref/SDG Corporation

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* Megan Cisamuder
☐ Agent
☐ Addressee

B. Received by (Printed Name): NOV 29 2006
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

*SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY*

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0004 3210 7241

PS Form 3811, February 2004    Domestic Return Receipt    102595-02