UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV1969
JUDGE: Gladys Kessler

### Affidavit of Service

I, Govinda Giri Prerana, sent the Summons and Complaint to USCIS on November 21, 2006 via certified mail. USCIS received the summons and complaint on November 27, 2006.

Dated: January 9, 2007

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800



Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0000 1612 8400**
Status: **Delivered**

Your item was delivered at 7:24 AM on November 27, 2006 in WASHINGTON, DC 20536.

( Additional Details > ) ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )



**POSTAL INSPECTORS**
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

