UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV1969
JUDGE: Gladys Kessler

### Affidavit of Service

I, Govinda Giri Prerana, sent the Summons and Complaint to the office of Paul Novak, Director, Vermont Service Center on November 21, 2006 via certified mail. USCIS received the summons and complaint on November 24, 2006.

Dated: January 9, 2007

_____
Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800