UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SDG Corporation, et.al.

V.

Michael Chertoff, Secretary DHS, et. al.

CASE NUMBER 1:06CV1969
JUDGE: Gladys Kessler

### Affidavit of Service

I, Govinda Giri Prerana, sent the Summons and Complaint to Ms. Elaine L. Chao, Secretary, U.S. D.O.L. office on November 21, 2006 via certified mail. The office of Secretary Chao received the summons and complaint on November 27, 2006.

Dated: January 9, 2007

*[signature]*

Govinda Giri Prerana
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Blvd
Arlington, VA 22205
(703) 908-4800

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $1.11 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.36 |

Sent To: Elaine L. Chao, Secretary
Street, Apt. No.; or PO Box No.: U.S. Dept. Lab., Frances Perkins Buil[ding]
City, State, ZIP+4: 200 Const. Ave. NW Wash. DC 20[210]

Article Number: 7006 0810 0000 1612 8387

PS Form 3800, June 2002

---

SDS Corp. vs Michael Chertoff

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Elaine L. Chao, Secretary
U.S. Dept of Labor
Frances Perkins Building
200 Constitution Ave, NW
Washington DC 20210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: x _Williams_
B. Received by (Printed Name): _Williams_
C. Date of Delivery: 11/2[?]
D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type:
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7006 0810 0000 1612 8387

PS Form 3811, February 2004   Domestic Return Receipt