IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
SDG Corporation, et al.        )
                               )
                               )
            Plaintiffs,        )
                               )
      v.                       ) Civil Action No. 06-1969 (GK)
                               )
                               )
MICHAEL CHERTOFF, Secretary,   )
U.S. Department of             )
Homeland Security, et al.      )
                               )
            Defendant.         )
                               )
_____)
```

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, move the Court for a thirty day enlargement of time to answer the complaint up to and including February 30, 2007.

Counsel for the defendants is hopeful that she can resolve this case without the need for Court intervention or the need for further litigation. The Department of Labor is prepared to issue a duplicate Certified Labor Certification as requested by the plaintiff. However, the parties agree that they need to know precisely who at the Citizenship and Immigration Services should receive the duplicate certificate so that it does not get lost in the enormous backlog of litigation and cases being processed.

Counsel for the plaintiff has graciously consented to this request for an extension of time. The motion is not intended to delay the resolution of this matter. On the

contrary, it is filed in the firm belief that counsel's efforts are better utilized in resolving this matter rather than litigating it.

Wherefore, it is respectfully requested that the defendants have up to and including February 28, 2007 to answer the complaint.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205
