IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SDG Corporation, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of<br>Homeland Security, et al.<br><br>Defendant. | Civil Action No. 06-1969 (GK) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, move the Court for a thirty day enlargement of time to answer the complaint up to and including April 1, 2007.

Counsel for the defendants is still hopeful that she can resolve this case without the need for Court intervention or the need for further litigation.  The Department of Labor is prepared to issue a duplicate Certified Labor Certification as requested by the plaintiff.  Counsel has located the appropriate individuals at the Citizenship and Immigration Services who should receive the duplicate certificate so that it does not get lost in the enormous backlog of litigation and cases being processed.  The Department of Labor is processing the duplicate certificate.  Counsel for the defendants is keeping plaintiff's counsel informed of the progress in resolving the problem.

Counsel for the plaintiff has graciously consented to this request for an extension of time. The motion is not intended to delay the resolution of this matter. On the contrary, it is filed in the firm belief that counsel's efforts are better utilized in resolving this matter rather than litigating it.

Wherefore, it is respectfully requested that the defendants have up to and including April 1, 2007 to answer the complaint.

                              Respectfully submitted,

                              __/s/_____
                              JEFFREY A. TAYLOR, D.C. BAR # 498610
                              United States Attorney

                              __/s/_____
                              RUDOLPH CONTRERAS, D.C. BAR # 434122
                              Assistant United States Attorney

                              __/s/_____
                              DIANE M. SULLIVAN, D. C. BAR # 12765
                              Assistant United States Attorney
                              Judiciary Center Building
                              555 Fourth Street, N.W.
                              Room E4919
                              Washington, D.C. 20530
                              (202) 514-7205