## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SDG Corporation, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1969 (GK) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of ) | |
| Homeland Security, et al. ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR AN ENLARGEMENT OF TIME

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedures, move the Court for an additional thirty days to answer or otherwise respond to the complaint up to and including May 1, 2007.

The defendants hope to have completed the processing of the duplicate certificate ETA-750 by May 1, 2007. The Department of Labor has sent it to the Vermont Processing Center for final action. The Vermont Service Center should receive the duplicate certification this week.

Counsel for the defendants attempted to contact plaintiff's counsel before filing this motion to ascertain plaintiff's position. The parties have fully cooperated to resolve this matter without the need for Court intervention.

Wherefore, it is respectfully requested that the defendants have up to and including May 1, 2007 to answer or otherwise respond to the complaint.

    Respectfully submitted,

    __/s/_____
    JEFFREY A. TAYLOR, D.C. BAR # 498610
    United States Attorney

    __/s/_____
    RUDOLPH CONTRERAS, D.C. BAR # 434122
    Assistant United States Attorney

    __/s/_____
    DIANE M. SULLIVAN, D. C. BAR # 12765
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W.
    Room E4919
    Washington, D.C. 20530
    (202) 514-7205