**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SDG Corporation, et. al.

        Plaintiff,

                        Civil Action: 06-1969 (GK)

V.

Michael Chertoff, et al.

        Defendants.

## **PRAECIPE**

The Plaintiff with the consent of Defendants hereby requests that this case be dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(i).

        Respectfully submitted,

        Rajiv S. Khanna,
        D.C. Bar No. 419023
        Law Offices of Rajiv S. Khanna, P.C.
        5225 N. Wilson Boulevard
        Arlington, Virginia 22205
        Phone: 703-908-4800, Extension 110
        Facsimile: 703-908-4890
        e-mail: rskhanna@immigration.com
        Attorney for Plaintiff